Rachel Kwak (SBN #364750)
rkwak@apilegaloutreach.org
ASIAN PACIFIC ISLANDER LEGAL OUTREACH
310 8th Street, Suite 305
Oakland, CA 94607
Telephone: (510) 251-2846
Facsimile: (510) 251-2292

*Pro Bono Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIEN LOUNG SAETEUN,<br><br>Petitioner,<br><br>v.<br><br>Sergio ALBARRAN, in their official capacity, Acting Field Office Director of ICE's San Francisco Field Office;<br><br>David J. VENTURELLA, in their official capacity, Acting Director of ICE;<br><br>Markwayne MULLIN, in their official capacity, Secretary, U.S. Department of Homeland Security;<br><br>Todd BLANCHE, in their official capacity, Attorney General of the United States,<br><br>Respondents. | Case No. 3:26-cv-04743<br><br><br><br>**MOTION FOR THE APPOINTMENT OF THE OFFICE OF THE FEDERAL PUBLIC DEFENDER** : ORDER |

Motion to Appoint                                    Case No. 3:26-cv-04743

Asian Pacific Islander Legal Outreach ("APILO" or "API Legal Outreach") represents Petitioner Lien Loung Saeteun on a pro bono basis in his 28 U.S.C. § 2241 proceedings in front of this Court. Mr. Saeteun, by and through APILO attorney Rachel Kwak, hereby moves for appointment of the Office of the Federal Public Defender as co-counsel under the Criminal Justice Act.

As a non-profit organization, APILO strives to provide direct legal services with cultural competency at pro bono or very low bono rates to increase economic and cultural accessibility to the legal system. On May 22, 2026, during Petitioner's Temporary Restraining Order ("TRO") hearing, the Court ordered an evidentiary hearing, currently set for June 23, 2026. Undersigned counsel is a first-year attorney who was sworn in last December in 2025, with her first court appearance being Petitioner's TRO hearing on May 22, 2026. Counsel lacks experience in federal district court litigation, and though APILO is organizationally building their experience, APILO also lacks federal litigation experience at this time. Had this case been the only caseload Counsel and APILO were concerned about in the next month, APILO would be more than willing to take on the evidentiary hearing on their own. However, this is not the case. APILO's Immigration Rights Project has an ever increasing caseload and learning curve given the pro bono nature of our services and the frequent changes in immigration law and enforcement policies.

Further, Petitioner is currently indigent and unable to afford private counsel for his federal litigation. *See* Exhibit A: CJA23 form. Under 18 U.S.C. §3006A(a)(2)(B), "[w]henever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who… is seeking relief under section 2241, 2254, or 2255 of title 28". Here, appointment of the Office of the Federal Public

Motion to Appoint                    1                    Case No. 3:26-cv-04743

Defender is warranted in the interest of justice, given the lack of undersigned counsel's federal experience, Petitioner's indigent status, and the complexity of the 28 U.S.C. § 2241 proceedings held in front of this Court. Petitioner respectfully requests this Court to grant this motion to appoint the Federal Public Defender's Office as co-counsel in the interest of Justice.

Dated: May 28, 2026

/s/ Rachel Kwak_____
Rachel Kwak
*Pro Bono* attorney for Petitioner

Date: May 29, 2026



GRANTED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA