IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIEN LOUNG SAETEUN,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No.  26-cv-04743-CRB

**ORDER SETTING DATES RE MOTION TO DISSOLVE OR MODIFY TRO AND EXTENDING TRO**

Respondents move the Court, pursuant to Rule 65(b)(4) of the Federal Rules of Civil Procedure, to dissolve or modify the TRO in this action.  See Mot. (dkt. 23).  Such motions should be heard "as promptly as justice requires." Fed. R. Civ. P. 65(b)(4).  The Court DIRECTS Petitioner to respond to Respondents' motion by the end of the day on **Tuesday, June 9**.  The Court SETS a hearing on this motion for **Friday, June 12**, at 10:00 AM by Zoom webinar.  In light of Respondents' assertion that they do not agree to keep the TRO in place through the June 23 evidentiary hearing, see Mot. at 1, the Court further HOLDS that the TRO—issued May 22—is extended through **June 12** for good cause, as Petitioner has new counsel, see Notices of Appearance (dkts. 19, 20), who require time to familiarize themselves with this action and to respond to Respondents' new motion.  Moreover, the Court is aware of no urgency in re-detaining Petitioner, who has been in this country since 1979 and committed a single drug crime in 1999.  See TRO (dkt. 13) at 1.

**IT IS SO ORDERED.**

Dated: June  4  , 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California