JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar Number 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Angela_chuang@fd.org

Counsel for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIEN LOUNG SAETEUN,<br><br>                    Petitioner,<br><br>        v.<br><br><br>Sergio ALBARRAN, in their official capacity, Acting Field Office Director of ICE's San Francisco Field Office;<br><br>David J. VENTURELLA, in their official capacity, Acting Director of ICE;<br><br>Markwayne MULLIN, in their official capacity, Secretary, U.S. Department of Homeland Security;<br><br>Todd BLANCHE, in their official capacity, Attorney General of the United States,<br>                    Respondents. | **Case No.:** 3:26-cv-04743 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SET PRE-HEARING DEADLINE** |

The above titled matter is currently scheduled for an evidentiary hearing on June 23, 2026, at 10:00 AM. The parties have met and conferred, and stipulate to set the below proposed pre-hearing deadline:

- June 18, 2026: Serve and file witness/exhibit lists, exchange exhibits.

IT IS SO STIPULATED.

June 15, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
MICHAEL J. STARRETT
Special Assistant United States Attorney

June 15, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANA BOTELLO
ANGELA CHUANG
Assistant Federal Public Defenders
RACHEL KWAK
Pro Bono Attorney

[PROPOSED] STIPULATED ORDER
*SAETEUN*, 3:26-CV-04743 CRB

1

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court hereby adopts the above-proposed deadline.

IT IS SO ORDERED.

DATED: June 16, 2026

_____
CHARLES R. BREYER
United States District Judge