IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIEN LOUNG SAETEUN,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-04743-CRB

**ORDER EXTENDING INJUNCTIVE RELIEF**

Good cause appearing therefor, the Court EXTENDS the injunctive relief in this case through the date of its next hearing, on July 28, 2026.  The Court is hopeful, in light of the government's representation today, that there will be a decision on Petitioner's motion to reopen by that time.  Once there is a decision on the motion to reopen, the parties and the Court will be in a better position to assess which issues remain in this case and to chart an efficient path forward.  As of now, however, there remains a pending habeas petition alleging serious violations of Petitioner's due process rights.  See Pet. (dkt. 1).

**IT IS SO ORDERED.**

Dated: June 30 , 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California