IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIEN LOUNG SAETEUN,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-04743-CRB

**ORDER REGARDING EXTENSION OF TEMPORARY RESTRAINING ORDER**

The Court DIRECTS the parties to inform the Court, by 12:00 p.m. on Friday, July 24, 2026, whether there is any justification for extending the temporary restraining order in this case beyond the hearing on Monday, July 27, 2026.

**IT IS SO ORDERED.**

Dated: July 22 , 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California