IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIEN LOUNG SAETEUN,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No. 26-cv-04743-CRB

**ORDER VACATING HEARING, DIRECTING BRIEFING, AND EXTENDING INJUNCTIVE RELIEF**

In its 245-page filing on Friday, July 24, 2026, Petitioner raised "several justifications for extending" the injunctive relief in this case, including the vacating of Petitioner's underlying conviction and what Petitioner sees as the improper conclusion reached by the IJ in Petitioner's motion to reopen. See Pet. Response (dkt. 50). The government's near simultaneous filing did not have the opportunity to respond to Petitioner's "several justifications." See Gov. Response (dkt. 51).

The Court therefore VACATES the status conference currently set for today, DIRECTS the government to respond to the arguments in Petitioner's filing by August 3, 2026, DIRECTS Petitioner to file a reply to the government's response by August 10, 2026, and SETS a new status conference for Thursday, August 13, 2026. Good cause appearing therefor, the Court EXTENDS the injunctive relief in this case through the date of its next hearing.

**IT IS SO ORDERED.**

Dated: July 27, 2026

_____
CHARLES R. BREYER
United States District Judge