United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIEN LOUNG SAETEUN,
Petitioner,

v.

SERGIO ALBARRAN, et al.,
Respondents.

Case No. 26-cv-04743-CRB

**ORDER DECLINING TO EXTEND INJUNCTIVE RELIEF; STAYING ORDER**

At the Court's request, the parties briefed the issue of whether there was any remaining justification for extending the TRO in this case. See Order re TRO (dkt. 49); Saeteun Br. (dkt. 50); Resp. Br. (dkt. 51). In light of the new issues raised in those briefs, the Court directed further briefing, which the parties provided. See Order Vacating Hearing (dkt. 52); Resp. Supp. Br. (dkt. 53); Saeteun Supp. Br. (dkt. 54). The Court now concludes that it cannot grant Saeteun's desired relief without holding that the underlying removal order is invalid—a determination that is presently before the BIA and that this Court may not make. See Nasrallah v. Barr, 590 U.S. 573, 580 (2020) ("Final orders of removal may not be reviewed in district courts, even via habeas corpus."); see also Singh v. Holder, 638 F.3d 1196, 1211 (9th Cir. 2011) ("Although as a technical matter Singh's habeas petition seeks relief from immigration detention without asking the court to exercise jurisdiction over his final order of removal, this portion of his habeas petition is wholly intertwined with the merits of his removal order").

Accordingly, the Court DECLINES to extend injunctive relief in this case. However, as Respondents suggested at the motion hearing, the Court STAYS this order for

United States District Court
Northern District of California

five days so that Petitioner can pursue relief from the BIA and/or the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: August 13, 2026

CHARLES R. BREYER
United States District Judge