**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIEN LOUNG SAETEUN ,<br><br>Petitioner,<br><br>v.<br><br>Sergio ALBARRAN, in his official capacity, Acting Field Office Director of ICE's San Francisco Field Office;<br><br>David J. VENTURELLA, in their official capacity, Acting Director of ICE;<br><br>Markwayne MULLIN, in his official capacity, Secretary, U.S. Department of Homeland Security;<br><br>Todd BLANCHE, in his official capacity, Attorney General of the United States,<br><br>Respondents. | Case No. 3:26-cv-04743-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S RENEWED MOTION FOR LEAVE TO AMEND PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

**[~~PROPOSED~~] ORDER**

Good cause appearing, Petitioner's Renewed Motion for Leave to File a First Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief is GRANTED.

IT IS SO ORDERED.

Dated: August 13, 2026

CHARLES R. BREYER
United States District Judge